The Law Office of Anthony Paul Diehl
Anthony Paul Diehl, Esq. SBN 342160
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

*Attorney for Plaintiff
Dominic Miraglia*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dominic Miraglia, | Case No. 3:24-cv-00988-H-JLB |
| Plaintiff, | Hon. Marilyn Huff |
| v. | **NOTICE OF SETTLEMENT** |
| Pennsylvania Higher Education Assistance Agency | |
| Defendant. | |

1
PLAINTIFF'S NOTICE OF SETTLEMENT, PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I),

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff DOMINIC MIRAGLIA ("Plaintiff") and Defendant PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY ("Defendant") have agreed to terms to settle the claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to all Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

RESPECTFULLY SUBMITTED,

Date: January 1, 2025         By: /s/ Anthony P. Diehl
                                  Anthony P. Diehl, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served via email to the parties listed on the service list with the Court, and to the parties authorized to receive via this Court's CM/ECF system on January 1, 2025.

3:24-cv-00988-H-JLB Notice will be electronically mailed to:

Donald E Bradley: d.bradley@musickpeeler.com, a.yusay@musickpeeler.com

                                                By: /s/ Anthony P. Diehl
                                                      Anthony P. Diehl