# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **Miraglia v. Pennsylvania Higher Education Assistance Agency** | Case No.: | **24-cv-00988-H-JLB** |

On January 1, 2025, Plaintiff filed a Notice of Settlement.  (ECF No. 20.) Accordingly, **IT IS HEREBY ORDERED**:

1. The Early Neutral Evaluation and Case Management Conferences previously scheduled for January 10, 2025 (ECF No. 19) are **VACATED**.

2. A Joint Motion for Dismissal shall be electronically filed on or before **March 4, 2025**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Marilyn L. Huff, shall be e-mailed to the chambers of the Honorable Marilyn L. Huff.[2]

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **March 4, 2025**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **March 7, 2025**, at **1:45 PM** before Magistrate Judge Jill L. Burkhardt.  For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (619) 657-0677 and use conference identification number 725 183 212.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **March 4, 2025**, then the Settlement Disposition Conference shall be vacated.

 Date:  January 2, 2025

Initials:  lc2
Chambers of the Hon. Jill L. Burkhardt

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.