**MUSICK, PEELER & GARRETT LLP**

650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
*d.bradley@musickpeeler.com*

Attorneys for Defendant PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dominic Miraglia, | Case No. 3:24-cv-00988 H (JLBx) |
| Plaintiff, | Hon. Marilyn L. Huff, Courtroom 12A |
| vs. | **DECLARATION OF DONALD E. BRADLEY RE STATUS OF SETTLEMENT AND PAYMENT AND UNOPPOSED REQUEST TO CONTINUE  MARCH 7, 2025 SETTLEMENT DISPOSITION HEARING** |
| Pennsylvania Higher Education Assistance Agency, | |
| Defendant. | |
| | **Date:       March 7, 2025**<br>**Time:       1:45 p.m.**<br>**Crtrm.:     Magistrate Judge Jill L. Burkhardt (Telephonic)** |

**MUSICK, PEELER
& GARRETT LLP**

3564404.1

Case No. 3:24-cv-00988 H (JLBx)

1    I, Donald E. Bradley, declare as follows:

2    1.    I am an attorney at law, duly admitted to practice before all the courts

3    of the State of California, and I am a partner at Musick, Peeler & Garrett LLP,

4    attorneys of record herein for Defendant Pennsylvania Higher Education Assistance

5    Agency ("PHEAA"), with respect to this case.  I have personal knowledge of the

6    facts set forth herein, except where stated on information and belief, and, if called as

7    a witness, I could and would competently testify thereto.

8    2.    PHEAA is a statutorily created instrumentality of the Commonwealth

9    of Pennsylvania.  24 P.S. §§5101-5199.9.

10    3.    As an arm of the government of the Commonwealth of Pennsylvania,

11    PHEAA must engage in additional administrative requirements in order to finalize

12    all contracts, which includes agreements to resolve litigation. For example, in

13    addition to execution by the President and CEO of PHEAA, all PHEAA settlement

14    agreements must be executed by a representative of the Office of the Attorney

15    General of the Commonwealth of Pennsylvania.  Meeting these administrative

16    requirements often takes close to 60 days after a settlement agreement is reached.

17    4.    On March 3, 2025, I received the fully executed settlement agreement

18    from PHEAA and immediately forwarded it to Plaintiff's counsel.

19    5.    I expect that the settlement payment will be processed within two

20    weeks from today's date.

21    6.    On March 3, 2025, I inquired of Plaintiff's counsel whether they would

22    agree to filing a stipulation for dismissal prior to receiving the settlement payment.

23    Plaintiff's counsel responded that it would not be possible to dismiss the case until

24    the settlement funds had been received. I understand Plaintiff's position and do not

25    dispute it and am therefore submitting the instant declaration.

26    7.    In order to avoid the expenditure of unnecessary legal fees, PHEAA

27    therefore respectfully requests that the Court continue the March 7 Settlement

28    Disposition hearing for at least two weeks.  This request is not made for the

MUSICK, PEELER
& GARRETT LLP

3564404.1                                                    Case No. 3:24-cv-00988 H (JLBx)

DECLARATION OF DONALD E. BRADLEY RE STATUS OF SETTLEMENT AND PAYMENT AND
UNOPPOSED REQUEST TO CONTINUE  MARCH 7, 2025 SETTLEMENT DISPOSITION HEARING

1   purposes of delay.  To the contrary, this request is made in order to assist the parties

2   in effectuating the settlement reached.

3          8.      Plaintiff's counsel has stated he does not oppose this request.

4          I declare under penalty of perjury pursuant to the laws of the United States of

5   America and the State of California that the foregoing is true and correct.

6          Executed this 5th day of March, 2025, at Costa Mesa, California.

7

8

9                                    Donald E. Bradley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

3564404.1                                   3                    Case No. 3:24-cv-00988 H (JLBx)

DECLARATION OF DONALD E. BRADLEY RE STATUS OF SETTLEMENT AND PAYMENT AND
UNOPPOSED REQUEST TO CONTINUE  MARCH 7, 2025 SETTLEMENT DISPOSITION HEARING

## <u>CERTIFICATE OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 5, 2025, I served true copies of the following document(s) described as **DECLARATION OF DONALD E. BRADLEY RE STATUS OF SETTLEMENT AND PAYMENT AND  UNOPPOSED REQUEST TO CONTINUE  MARCH 7, 2025 SETTLEMENT DISPOSITION HEARING** on the interested parties in this action as follows:

> Anthony Paul Diehl
> 104 Blue Note
> Irvine, CA  92618
> Phone:  (949) 694-9702
> Fax:     (949) 694-9704
> Email: Anthony@APDLaw.net
> ***Attorney for Plaintiff***

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 5, 2025, at Costa Mesa, California.

_____
April Yusay

MUSICK, PEELER
& GARRETT LLP

3564404.1                                        1                              Case No. 3:24-cv-00988 H (JLBx)

PROOF OF SERVICE