The Law Office of Anthony Paul Diehl
Anthony Paul Diehl, Esq. SBN 342160
104 Blue Note
Irvine, California 92618
Phone (949) 694-9702
Facsimile (949) 694-9704
anthony@apdlaw.net

*Attorney for Plaintiff*
*Dominic & Elizabeth Miraglia*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dominic Miraglia,<br><br>  Plaintiff,<br><br>v.<br><br>Pennsylvania Higher Education Assistance Agency,<br>  Defendant. | Case No. 3:24-cv-00988 H (JLBx)<br><br>Hon. Marilyn L. Huff, Courtroom 12A<br><br>**DECLARATION OF ANTHONY P. DIEHL IN SUPPORT OF DEFENDANT'S UNOPPOSED REQUEST TO CONTINUE SETTLEMENT DISPOSITION HEARING**<br><br>Date: March 7, 2025<br>Time: 1:45 p.m.<br>Crtrm.: Magistrate Judge Jill L. Burkhardt (Telephonic) |

I, Anthony P. Diehl, declare the following:

1. I am counsel for Plaintiff in this action and know personal knowledge of the matters stated herein.

1

2. Plaintiff does not oppose the Defendant's request to continue the March 7, 2025, Settlement Disposition Hearing. [Docket 24]
3. Plaintiff supports the motion and respectfully requests that the Court continue the hearing for at least two weeks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RESPECTFULLY SUBMITTED,

Date: March 6, 2025                    By: /s/ Anthony P. Diehl
                                            Anthony P. Diehl, Esq.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served via email to the parties listed on the service list with the Court, and to the parties authorized to receive via this Court's CM/ECF system on March 6, 2025.

3:24-cv-00988 H (JLBx)Notice will be electronically mailed to:

    1) Donald Bradley: d.bradley@musickpeeler.com

                              By: /s/ Anthony P. Diehl
                                   Anthony P. Diehl