UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC MIRAGLIA,<br><br>                              Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>                              Defendant. | Case No.: 24-cv-00988-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 27.] |

    On March 20, 2025, the parties filed a joint motion to dismiss the action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 27.) For good cause shown, the Court grants the joint motion and dismisses the action with prejudice.

    **IT IS SO ORDERED.**

DATED: March 24, 2025

                                                      MARILYN L. HUFF, District Judge
                                                      UNITED STATES DISTRICT COURT